FILED
CLERK, U.S. DISTRICT COURT
MAY 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RUSSELL FREDRICKSON, ) | CASE NO. EDCV 08-00303 R (SS) |
| ) | |
| Petitioner, ) | **ORDER ADOPTING FINDINGS,** |
| ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| v. ) | **UNITED STATES MAGISTRATE JUDGE** |
| ) | |
| C.D.C.R., ) | |
| ) | |
| Respondent. ) | |
| ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    **IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

\\
\\

1     **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 the Judgment herein on Petitioner.

4     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6 DATED: May 27, 2008

                              MANUEL L. REAL
                              UNITED STATES DISTRICT JUDGE