FILED
CLERK, U.S. DISTRICT COURT

MAY 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority    ✓
Send        ✓
Enter       ✓
Closed      ✓
JS-5/JS-6   ✓
JS-2/JS-3   _____
Scan Only   _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIK RUSSELL FREDRICKSON, | ) | CASE NO. EDCV 08-00303 R (SS) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| C.D.C.R., | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 27, 2008

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE